IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00192-NYW

SUZARAH DORLEUS

Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC

Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Suzarah Dorleus ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant, and together with Plaintiff, "the Parties"), submit this Stipulation of Dismissal with Prejudice. By agreement of the Parties, Plaintiff hereby dismisses all claims brought in this action against Defendant Comcast Cable Communications Management, LLC, with prejudice, with each party bearing her/its own respective costs, expenses, and attorneys' fees.

Respectfully submitted this day, July 14, 2021.

| | |
|---|---|
| *s/ Suzarah Dorleus* | *s/ Darin Mackender* |
| Suzarah Dorleus | Darin Mackender |
| 625 E 19th Ave, Apt 2656 | Fisher & Phillips LLP |
| Denver, CO 80203 | 1125 17th Street, Suite 2400 |
| Telephone: 407-755-7649 | Denver, CO  80202 |
| suzziide@gmail.com | Telephone:  303-218-3650 |
| Plaintiff, *Pro se* | Facsimile:   303-218-3651 |
| | dmackender@fisherphillips.com |
| | Attorney for Defendant |

1

FP 40992427.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 14, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served via U.S. Mail on the following:

Suzarah Dorleus
625 E 19th Ave, Apt 2656
Denver, CO 80203
Telephone: (407) 755-7649
Email: suzziide@gmail.com
***Plaintiff, Pro Se***

                                              *s/ Carolyn Cook*
                                              Carolyn Cook
                                              For Fisher & Phillips LLP